1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER P. CLIFFORD, | CASE NO. 05-CV-2079 WQH (RBB) |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL ZUCCHET et al, | |
| Defendant. | |

On November 8, 2005, Plaintiff filed his Complaint in the instant matter. No proof of service has been filed, nor does the docket reflect any case activity since that time. Federal Rule of Civil Procedure 4 requires that a summons and complaint be served "within 120 days after the filing of the complaint." Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within that time limit, the court may dismiss the action without prejudice after notice to the plaintiff. *Id.*

//
//
//
//
//
//
//
//

1   On June 14, 2006, the Court issued an order providing Plaintiff with notice that the Court
2   would dismiss this action without prejudice on or after ***July 17, 2006***, unless, no later than that date,
3   Plaintiff filed (1) a proof of service of summons and complaint *or* (2) a declaration under penalty of
4   perjury showing good cause for failure to timely serve Defendant with the summons and complaint.
5   Plaintiff failed to comply.  Therefore, this action is **DISMISSED** without prejudice.

6   **IT IS SO ORDERED.**

7   DATED:  December 6, 2006

8   
                                      **WILLIAM Q. HAYES**
9                                         United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28